UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Yemanda S. Jackson

Order Filed on April 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:      17-29524

Chapter:            13

Judge:              RG

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 19, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___January 8, 2018___ :

Property:     82 Storms Ave. Jersey City, NJ 07306

Creditor:     Caliber Home Loans, Inc.

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor's counsel_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____July 5, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2